In the United States District Court for the
Northern District of Florida
Tallahassee Division

| | |
|---|---|
| United States of America,<br>    Plaintiff,<br><br>v.<br><br>State of Florida; Florida Highway Patrol, et al.,<br>    Defendants,<br><br>Florida Police Benevolent Association,<br>    Defendant-Intervenor. | Civil Action No. 79-CV-927 (WS) |

## ORDER

UPON CONSIDERATION of the Joint Motion to Dissolve the Consent Decree and Close the above-captioned case, the Memorandum in support of that Motion and other supporting materials, it is ORDERED that the Joint Motion is hereby GRANTED, the Decree is DISSOLVED and the case is CLOSED.

IT IS SO ORDERED on this 26th day of August, 2005.

*William Stafford*
District Judge William Stafford